```
                                            FILED
                                    CLERK, U.S. DISTRICT COURT

                                         May 6, 2021

                                    CENTRAL DISTRICT OF CALIFORNIA
                                    BY:    IM        DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JANCY HUNTLEY HUTCHINS,

    Defendant.

Case No. 2:21-cr-00204-SB

**ORDER OF DETENTION**

On May 6, 2021, Defendant Jancy Huntley Hutchins made his initial appearance on the Indictment filed in this matter. Deputy Federal Public Defender Neha A. Christerna was appointed to represent Defendant.

A detention hearing was held on May 6, 2021.

☒    On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will

| | |
|---|---|
| 1 | reasonably assure the defendant's appearance as required and the safety or |
| 2 | any person or the community [18 U.S.C. § 3142(e)(2)]. |
| 3 | The Court finds that no condition or combination of conditions will |
| 4 | reasonably assure: |
| 5 | ☒ the safety of any person or the community. |
| 6 | The Court has considered the following: |
| 7 | (a) the nature and circumstances of the offense(s) charged, including |
| 8 | whether the offense is a crime of violence, a Federal crime of terrorism, |
| 9 | or involves a minor victim or a controlled substance, firearm, explosive, |
| 10 | or destructive device; |
| 11 | (b) the weight of evidence against the defendant; |
| 12 | (c) the history and characteristics of the defendant; and |
| 13 | (d) the nature and seriousness of the danger to any person or the |
| 14 | community. |
| 15 | *See* 18 U.S.C. § 3142(g)  The Court also considered all the evidence adduced |
| 16 | at the hearing, the arguments of counsel, and the report and |
| 17 | recommendation of the U.S. Pretrial Services Agency. |
| 18 | The Court bases its conclusions as to danger to the community on the |
| 19 | following: |
| 20 | ☒ Criminal history includes a 2014 misdemeanor conviction |
| 21 | for obstruction of a public officer, a 2014 felony conviction for first degree |
| 22 | burglary, a 2017 conviction for felon in possession of a firearm, and a 2017 |
| 23 | conviction for misdemeanor assault. |
| 24 | ☒ In November 2020, Defendant was released on his own |
| 25 | recognizance by the Los Angeles County Superior Court with GPS tracking |
| 26 | and Pretrial Supervision for a violation that occurred on May 3, 2020. |
| 27 | Defendant was arrested on May 3, 2020, for evading a peace officer.  The |
| 28 | Indictment in this matter alleges that he possessed a firearm and |

ammunition in February 2021, which was during the period of supervision referenced above.

It is therefore ORDERED that Defendant Jancy Huntley Hutchins be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. *See* 18 U.S.C. § 3142(i).

Dated: May 6, 2021

*Patricia Donahue*
_____
PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE